United States District Court
Southern District of Texas
**ENTERED**
April 19, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS,
HOUSTON DIVISION

| | | |
|---|---|---|
| **CARLOS MOLINA-TORRES,** individually and on behalf of similarly situated individuals<br>*Plaintiff*, | § § § § § | |
| v. | § § | Civil Action No. 4:23-cv-1786 |
| **HARRIS COUNTY CONSTABLE PRECINCT 6,**<br>*Defendant.* | § § § § | |

## ORDER GRANTING JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT

Before the Court is the Parties' Joint Motion for Approval of FLSA Settlement. ECF No. 72. Having considered the Motion and the Settlement Agreement, the Court finds that the Motion should be and hereby is **GRANTED**. The Court finds that the Settlement Agreement is a fair and reasonable resolution of a bona fide dispute under the FLSA. The Court hereby **APPROVES** the Parties' FLSA settlement and dismisses the case with prejudice.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 18th day of April, 2025.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE